UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HEARNE,<br><br>            Plaintiff,<br><br>     v.<br><br>J. MA, et al.,<br><br>            Defendants. | No. 2:16-cv-1775-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).  Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.[1]

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

/////

/////

/////

---

[1] Plaintiff submitted a trust account statement, but it was neither certified nor accompanied by the required affidavit.

1 | to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this
2 | order will result in dismissal of this action.

3    So ordered.

4 Dated: August 8, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE