UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HEARNE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. MA, et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-1775-EFB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

　　　　Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.  On August 9, 2016, the court granted plaintiff 30 days to submit either the filing fee or the application required by § 1915(a).  ECF No. 5.  Plaintiff subsequently filed an application for leave to proceed in forma pauperis, but the affidavit is incomplete, and is not accompanied by a certified trust account statement.  ECF No. 7.

/////

/////

/////

1    Accordingly, plaintiff has 30 days from the date of service of this order to submit either
2 the filing fee or a properly completed application required by § 1915(a).  The Clerk of the Court
3 is directed to mail to plaintiff a form application for leave to proceed in forma pauperis.  Failure
4 to comply with this order will result in the dismissal of this action.
5    So ordered.
6 Dated:  August 22, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE